# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10710

_____

THE GLYNN ENVIRONMENTAL COALITION, INC.,
CENTER FOR A SUSTAINABLE COAST, INC.,
JANE FRASER,

                                  Plaintiffs-Appellants,

*versus*

SEA ISLAND ACQUISITION, LLC,

                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:19-cv-00050-JRH-BWC

_____

| | | |
|---|---|---|
| 2 | Order of the Court | 24-10710 |

ORDER:

Counsel for the parties are directed to be prepared to address at oral argument the following issue:

Whether the citizen-suit provision of the Clean Water Act allows citizens to sue to enforce Section 404 permits issued to allow "the discharge of dredged or fill material." 33 U.S.C. § 1344; *see also id.* § 1365(a), (f)(1) & (7); *Atchafalaya Basinkeeper v. Chustz*, 682 F.3d 356 (5th Cir. 2012).

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION